UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GAYLE M. PETERSON,**

      **Plaintiff,**

      v.                                          Civil Action No.: 08 -921 (HHK)

**ED SCHAFER, SECRETARY,**
**United States Department of Agriculture,**

      **Defendant.**

## NOTICE OF APPEARANCE OF COUNSEL

      Defendant Ed Schafer, Secretary, the United States Department of Agriculture, in his official capacity, notifies the Court and the Plaintiff of the entry of appearance of Assistant United States Attorney Blanche L. Bruce as lead counsel for Defendant in the above-captioned case.

      Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)