UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAYLE M. PETERSEN,<br><br>  Plaintiff,<br><br>v.<br><br>ED SCHAFER, SECRETARY<br><br>  Defendant. | )<br>)<br>)<br>) Case No.: 1:08-CV-00921-HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>PLAINTIFF'S NOTICE OF FILING OF PROOF OF SERVICE</u>**

  Plaintiff, by her undersigned attorneys, files the attached proof of service of the complaint in this case.

               Respectfully submitted,


               ___/s/__ Jason Weisbrot_____
               Jason Weisbrot, Esq. (MD Bar No. 28074)
               Snider & Associates, LLC
               104 Church Lane, Suite 100
               Baltimore, MD 21208

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ .93 | Summons - Peterson |
|---|---|---|
| Certified Fee | 2.70 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 7-22-08 |
| Total Postage & Fees | $ 3.63 | |

Sent To: Attorney General of the United States
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Avenue, N.W.
City, State, ZIP+4: Washington, D.C. 20530

PS Form 3800, June 2002    See Reverse for Instructions

7007 0710 0002 2212 7013

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ .93 | Summons - Peterson |
|---|---|---|
| Certified Fee | 2.70 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 7-22-08 |
| Total Postage & Fees | $ 3.63 | |

Sent To: Ed Schafer, Secretary
Street, Apt. No.; or PO Box No.: United Sates Department of Agriculture, 1400 Independence Avenue, S.W.
City, State, ZIP: Washington, D.C. 20250

PS Form 3800, August 2006    See Reverse for Instructions

7007 2680 0001 8656 0639

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ .93 | Summons - Peterson |
|---|---|---|
| Certified Fee | 2.70 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 7-22-08 |
| Total Postage & Fees | $ 3.63 | |

Sent To: United States Attorney's Office
Street, Apt. No.; or PO Box No.: 555 4th Street, N.W.
City, State, ZIP+4: Washington, D.C. 20530

PS Form 3800, August 2006    See Reverse for Instructions

7007 2680 0001 8656 0646



Home | Help | Sign In

**Track & Confirm**    **FAQs**



## Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0002 2212 7013**
Detailed Results:

- **Delivered, July 28, 2008, 4:43 am, WASHINGTON, DC 20530**
- **Notice Left, July 27, 2008, 7:38 am, WASHINGTON, DC 20530**
- **Arrival at Unit, July 27, 2008, 3:21 am, WASHINGTON, DC 20022**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2680 0001 8656 0639**
Detailed Results:

- **Delivered, July 28, 2008, 7:11 am, WASHINGTON, DC 20250**
- **Notice Left, July 27, 2008, 7:24 am, WASHINGTON, DC 20250**
- **Arrival at Unit, July 27, 2008, 3:53 am, WASHINGTON, DC 20022**

< Back    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA



Home | Help | Sign In

**Track & Confirm**    **FAQs**

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 2680 0001 8656 0646**
Detailed Results:

- **Delivered, July 28, 2008, 4:43 am, WASHINGTON, DC 20530**
- **Notice Left, July 27, 2008, 7:38 am, WASHINGTON, DC 20530**
- **Arrival at Unit, July 27, 2008, 3:23 am, WASHINGTON, DC 20022**

[< Back]    [Return to USPS.com Home >]

**Track & Confirm**
Enter Label/Receipt Number.

[Go >]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [Go >]

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA